```
UNITED STATES DISTRICT COURT                          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                         DOCUMENT
-------------------------------------------------- X  ELECTRONICALLY FILED
 LUCIA ALMONTE,                                    :  DOC #:_____
                                                   :  DATE FILED:  2/28/2020
                           Plaintiff,              :
                                                   :
                 -against-                         :  19-CV-6594 (VEC)
                                                   :
                                                   :         ORDER
 RAHMAN IDLETT, WERNER ENTERPRISES,                :
 INC., AND WERNER ENTERPRISES, LLC,                :
                                                   :
                           Defendants.             :
-------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the Parties appeared for a conference on February 28, 2020;

IT IS HEREBY ORDERED that the Parties must complete all fact and expert discovery by **June 30, 2020**.

IT IS FURTHER ORDERED that a conference is scheduled for **July 10, 2020, at 10:00 a.m.** A preconference status letter is due **July 2, 2020**.

**SO ORDERED.**

Date: **February 28, 2020**                           _____
      **New York, New York**                                **VALERIE CAPRONI**
                                                       **United States District Judge**