```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LUCIA ALMONTE,                                                 :
                                                               :
                              Plaintiff,                       :
                                                               :
       -against-                                               :    19-CV-6594 (VEC)
                                                               :
                                                               :    ORDER
RAHMAN IDLETT, WERNER ENTERPRISES,                             :
INC., AND WERNER ENTERPRISES, LLC,                             :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS the parties participated in a discovery teleconference with the Court on July 30, 2020;

   IT IS HEREBY ORDERED that Defendants must produce an affidavit describing the basis for their representation that the black box data that Plaintiff requested does not exist within their possession no later than **August 7, 2020**.

**SO ORDERED.**

Date:  July 31, 2020                                    _____
       New York, New York                                   **VALERIE CAPRONI**
                                                         **United States District Judge**