```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
LUCIA ALMONTE,                                                :
                                                              :
                                    Plaintiff,                :
                                                              :
            -against-                                         :   19-CV-6594 (VEC)
                                                              :
                                                              :   ORDER
RAHMAN IDLETT, WERNER ENTERPRISES,                            :
INC., AND WERNER ENTERPRISES, LLC,                            :
                                                              :
                                    Defendants.               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties participated in a discovery teleconference with the Court on August 17, 2020;

IT IS HEREBY ORDERED that Plaintiff must file a letter brief not to exceed three pages in support of her position no later than **9:00 A.M., August 18, 2020**.

IT IS FURTHER ORDERED that Defendants must file a letter reply brief not to exceed three pages no later than **12:00 P.M., August 18, 2020.**

**SO ORDERED.**

Date: August 17, 2020                             _____
      New York, New York                                **VALERIE CAPRONI**
                                                        **United States District Judge**