```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
LUCIA ALMONTE,                                              :
                                                            :
                               Plaintiff,         :
                                                            :
                 -against-                          :   19-CV-6594 (VEC)
                                                            :
                                                            :   ORDER
RAHMAN IDLETT, WERNER ENTERPRISES,                          :
INC., AND WERNER ENTERPRISES, LLC,                          :
                                                            :
                               Defendants.        :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this matter is scheduled for **September 4, 2020 at 10:00 a.m.**; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that the September 4, 2020 status conference will be held at **10:30 a.m.**

IT IS FURTHER ORDERED that the status conference shall be conducted as a teleconference. At the scheduled time, counsel for all parties should call 888-363-4749, Access code 3121171#, Security code **6594**.

**SO ORDERED.**

Date:  September 2, 2020                                       _____
          New York, New York                                **VALERIE CAPRONI**
                                                             **United States District Judge**