```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 LUCIA ALMONTE,                                                :
                                                               :
                                    Plaintiff,                 :
                                                               :
               -against-                                       :    19-CV-6594 (VEC)
                                                               :
                                                               :    ORDER
 RAHMAN IDLETT, WERNER ENTERPRISES,                            :
 INC., AND WERNER ENTERPRISES, LLC,                            :
                                                               :
                                    Defendants.                :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/04/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS the Parties appeared for a status conference on September 4, 2020;

IT IS HEREBY ORDERED Defendants may take the depositions of Marisol Santana and Rubin Ynfante; these depositions must be completed not later than **October 2, 2020**. Plaintiff's counsel must provide Defendants with a personal address for Ms. Santana by the end of the day on **September 4, 2020**.

IT IS FURTHER ORDERED that the parties' respective *Daubert* motions to exclude expert testimony are due not later than **October 9, 2020**. Responses are due not later than **October 30, 2020**; replies are due not later than **November 6, 2020**. The Court will set a schedule for summary judgment after deciding the parties' *Daubert* motions.

**SO ORDERED.**

Date: September 4, 2020
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**